United States District Court
Southern District of Texas
**ENTERED**
April 04, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAUL VILLARREAL GONZALEZ on behalf of himself individually, and ALL OTHERS SIMILARLY SITUATED<br>　　　　Plaintiffs,<br>v.<br>ENERMEX INTERNATIONAL, INC., ENERMEX RENTALS & SERVICE LLC., and EDGAR H. PADILLA<br>　　　　Defendants. | Civil Action No. 4:18-cv-01511<br><br>COLLECTIVE ACTION |

## ORDER OF DISMISSAL

Plaintiff Raul Villarreal Gonzalez and Defendants Enermex International, Inc., Enermex Rentals & Service LLC., and Edgar H. Padilla, having stipulated to the dismissal with prejudice of all claims in this lawsuit, it is accordingly,

ORDERED and ADJUDGED that all claims against Enermex International, Inc., Enermex Rentals & Service LLC., and Edgar H. Padilla in this lawsuit shall be, and hereby are, DISMISSED WITH PREJUDICE, with each party to bear his or its own costs of court and attorneys' fees.

SIGNED this 4th day of April, 2019.

_____
THE HONORABLE SIM LAKE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS